**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ⸻⸻⸻⸻⸻⸻ | ) |
| | ) |
| ANTHONY ULYSSES HOLMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 14-0938 (RBW) |
| | ) |
| ARAMARK, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| ⸻⸻⸻⸻⸻⸻ | ) |

**MEMORANDUM OPINION**

On June 10, 2014, the defendants filed a motion to dismiss.  The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned the plaintiff that, if he did not respond to the motion by July 23, 2014, the Court would treat the motion as conceded.  The plaintiff's deadline since has been extended to August 15, 2014.  To date, the plaintiff neither has filed an opposition to the motion and nor has requested more time to do so.  Accordingly, the Court will grant the defendants' motion as conceded.

An Order accompanies this Memorandum Opinion.

/s/
REGGIE B. WALTON
United States District Judge

DATE:  September 2, 2014